UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
FILED
DEC 19 2025
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.  INDICTMENT NO. 6:25-CR-102-REW

TONY R. JOHNSON

* * * * *

**THE GRAND JURY CHARGES:**

### COUNT 1
### 18 U.S.C. § 922(g)(3)

On or about September 18, 2024, in Laurel County, in the Eastern District of Kentucky,

**TONY R. JOHNSON,**

an unlawful user and addict of methamphetamine, a Schedule II controlled substance, knowingly possessed a firearm, specifically, a Keltec, PF-9, 9mm caliber semi-automatic handgun bearing serial number SW558, and the firearm was in and affecting commerce, all in violation of 18 U.S.C. § 922(g)(3).

### COUNT 2
### 18 U.S.C. § 1852

On or about September 18, 2024, in Laurel County, in the Eastern District of Kentucky,

TONY R. JOHNSON,

knowingly and unlawfully cut or removed timber with the intent to export or dispose of the same, that was standing or growing on land owned by the United States, or on land in which the United States had an ownership interest and the timber was valued at greater than $1,000, all in violation of 18 U.S.C. § 1852.

## FORFEITURE ALLEGATION
### 18 U.S.C. § 924(d)(1)
### 28 U.S.C. § 2461

1. By virtue of the commission of the offense alleged in Count One of the Indictment, **TONY R. JOHNSON** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violation of 18 U.S.C. § 922. Any and all interest that **TONY R. JOHNSON** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

2. The property to be forfeited includes, but is not limited to, the following items seized from **TONY R. JOHNSON** on or about September 18, 2024:

   **FIREARMS AND AMMUNITION:**

   a. Keltec, PF-9, 9mm semi-automatic handgun bearing serial number SW558.
   b. All associated ammunition and accessories.

A TRUE BILL

FOREPERSON

PAUL C. McCAFFREY
FIRST ASSISTANT UNITED STATES ATTORNEY

# PENALTIES

**Count 1:** Not more than 15 years imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

**Count 2:** Not more than 1 year imprisonment, not more than a $100,000 fine, and not more than 1 year supervised release.

**PLUS:** Mandatory special assessment of $100 for Count 1 and $25 for Count 2.

**PLUS:** Forfeiture of listed items.